## Commonwealth ex rel. Richardson *v.* Richardson et al., Appellants.

 Argued April 17,
1969. *Zeno Fritz,* for appellants; *Norman D. Jaffe,*

with him *Lee A. Montgomery,* and *Galbreath, Braham, Gregg, Kirkpatrick, Jaffe & Montgomery,* for appellee.
Order affirmed.